UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jennifer S. Daly v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No. 13-cv-10866-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on May 11, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.05.12 15:25:46 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT